PAUL MANISCALCO, as Administrator of the Estate of PAUL MANISCALCO, Deceased, Appellant, *v.* TULLY AND DI NAPOLI, INC., et al., Respondents.

Argued October 12, 1948; decided October 22, 1948.

*Harry A. Spiegelman* and *Lothair H. Szerlip* for appellant.
*Frederick Mellor* for Tully and Di Napoli, Inc., respondent.
*William B. Shelton* and *John J. O'Connor* for B. Turecamo
Contracting Co., Inc., respondent.

As to the defendant Tully and Di Napoli, Inc.: Judgment affirmed, with costs, on the ground that there was no evidence of negligence of that defendant. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND and FULD, JJ. Dissenting: CONWAY and DYE, JJ. Taking no part: THACHER, J.

As to the defendant B. Turecamo Contracting Co., Inc.: Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that there was evidence of negligence of that defendant which should have been submitted to the jury. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE and FULD, JJ. Dissenting: DESMOND, J. Taking no part: THACHER, J.